1  PHILLIP A. TALBERT
   United States Attorney
2  ALSTYN BENNETT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

**FILED**
Feb 05, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

| 11 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | |
|---|---|---|
| 13 | 771 CENTRAL HOUSE ROAD, HONCUT, CALIFORNIA, BUTTE COUNTY APN #028-020-056, 21.6 ACRES | CASE NO.: 2:22-SW-0364-JDP |
| 15 | 731 CENTRAL HOUSE ROAD, HONCUT, CALIFORNIA, BUTTE COUNTY APN #028-020-057, 10.46 ACRES | 2:22-SW-0365-JDP |
| 17 | RONALD GRANT TEESDALE | 2:22-SW-0366-JDP |
| 18 | THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 530-990-4217 | 2:22-SW-0367-JDP |
| 19 | | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

22     Upon application of the United States of America and good cause having been shown,

23     IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

24  Dated: February 5, 2024

                                        _____
25                                      The Honorable Jeremy D. Peterson
                                        UNITED STATES MAGISTRATE JUDGE
26

27

28

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS